# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BURKE and LAWRENCE MARAVILLA,<br><br>   Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | No. 2:22-cv-00594-TLN-KJN<br><br>**ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

The Court, having considered the parties' Joint Stipulation Extending Time to File Reply in Support of Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT that the deadline for Defendant to file its reply in further support of its motion to dismiss is extended 30 days, from July 19, 2022 to August 18, 2022 in order to provide the parties sufficient time to finalize their settlement.

**IT IS SO ORDERED.**

Dated: July 11, 2022

Troy L. Nunley
United States District Judge