# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BURKE and LAWRENCE MARAVILLA,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | No. 2:22-cv-00594-TLN-KJN<br><br>**ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

The Court, having considered the parties' Joint Stipulation Extending Time to File Reply in Support of Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT that the deadline for Defendant to file its reply in support of its motion to dismiss is extended 21 days, from August 18, 2022 to September 8, 2022 in order to provide the parties sufficient time to finalize their settlement.

**IT IS SO ORDERED.**

Dated: August 10, 2022

_____
Troy L. Nunley
United States District Judge